STANISLAV V. KISZKIEL ET AL. *v.* HENRY J. GWIAZDA ET AL.

The plaintiffs' motion to expunge argument no. 2, pages 13-16, of the defendants' brief in the appeal from the Superior Court in New Haven County is denied.

*Jonathan J. Einhorn,* in support of the motion.

Submitted May 31—decided June 8, 1977

WATERBURY MOTOR LEASE, INC. *v.* GERALD J. HEFFERNAN, TAX COMMISSIONER OF THE STATE OF CONNECTICUT

ENGINEERED SINTERINGS AND PLASTICS, INC. *v.* GERALD J. HEFFERNAN, TAX COMMISSIONER OF THE STATE OF CONNECTICUT

The motion by Jeffrey M. Mines to argue as amicus curiae on behalf of B. A. Leasing Corporation and Manufacturer's Lease Plan, Inc., in the appeal from the Court of Common Pleas in Hartford County is denied.

*Jeffrey M. Mines,* in support of the motion.